UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CV-06-3077-LRS |
| vs. | ) | |
| 704 TITLEIST LANE, YAKIMA, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON, | ) | Final Order of Forfeiture |
| Defendant. | ) | |

Plaintiff, United States of America, alleged in a Verified Complaint for Forfeiture <u>In</u> <u>Rem</u>, that the Defendant real property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

The defendant property consists of real property located at 704 Titleist Lane, Yakima, Washington, and is legally described as follows:

> Lot 2 of Short Plat 79-263, recorded under Auditor's File No. 2565541.
>
> Together with all appurtenances, fixtures, attachments, and improvements thereto and thereupon.
>
> SUBJECT to any easements, rights of way, reservations and/or exceptions, and actions of record.
>
> Auditor's Parcel Number: 191322-44403.

Final Order of Forfeiture -1-
P71005dm.jka.wpd

Real property records and a title report show that the property is owned by Guillermina Alejo and Enrique Alejo, wife and husband, subject to a Deed of Trust between Homecomings Financial Network, LLC, Lender, and Guillermina Alejo and Enrique Alejo, wife and husband, Borrowers.

On September 12, 2006, Enrique Alejo and Guillermina Alejo were personally served with copies of the Verified Complaint for Forfeiture In Rem, Notice of Complaint for Forfeiture, and Lis Pendens in the above-entitled matter, as evidenced by the United States Marshals Service's forms USM-285 filed with the Court on September 15, 2006. On September 29, 2006, Claimant, Guillermina Alejo filed a verified claim to the defendant property. On October 10, 2006, Attorney Jerry Talbott filed an unverified claim on behalf of Claimant, Enrique Alejo. To date, neither of the Alejos have filed an answer to the complaint.

On September 12, 2006, the United States Marshals Service posted copies of the Verified Complaint for Forfeiture In Rem, Notice of Complaint for Forfeiture, and Lis Pendens in the above-entitled matter on the property located at 704 Titleist Lane, Yakima, Washington, as evidenced by the USM-285 form filed with the Court on September 15, 2006.

The Notice of Complaint was published on September 14, 21, and 28, 2006, in the Daily Sun News, a newspaper of general circulation in Yakima County, Washington, as evidenced by the USM-285 form and attached Affidavit of Publication filed with the Court on October 2, 2006. Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, Fed. R. Civ. P., and 18 U.S.C. § 983(a)(4)(A), require that claimants file a claim within thirty (30) days after final date of publication of the Notice of Complaint for Forfeiture, or within thirty (30) days after service of the complaint, whichever occurs first. At the latest this 30-day period expired on October 30, 2006.

On October 12, 2006, the Court entered an order staying this civil case until the resolution of the related criminal matters.

On August 8, 2007, Guillermina Alejo and Enrique Alejo entered into plea agreements in the related criminal matters, Court Case Nos. CR-06-2047-FVS-1 and 2. In said plea agreements, the Alejos agreed to the forfeiture of the Defendant real property.

On October 4, 2007, Guillermina Alejo and Enrique Alejo were sentenced in the criminal matters.

On August 21, 2007, Homecomings Financial LLC (hereafter "Homecomings") filed a Verified Statement of Interest. On September 11, 2007, Homecomings filed an Answer to the complaint. On October 9, 2007, the United States and Homecomings filed an Expedited Settlement Agreement.

On October 9, 2007, the United States and Claimants, Guillermina Alejo and Enrique Alejo each filed a separate Stipulation for Order of Forfeiture and Settlement Agreement with regards to their claims to the defendant property.

In said stipulations, Claimants, Guillermina Alejo and Enrique Alejo agreed to withdraw their claims to the Defendant real property located at 704 Titleist Lane, in Yakima, Washington, and to the entry of a final order of forfeiture of the Defendant real property without further notice or presentment of said order.

It appearing to the Court that the interests of Guillermina Alejo and Enrique Alejo, have been resolved through the filing of the Stipulations for Order of Forfeiture;

It also appearing that the interest of Claimant, Homecomings, has been resolved through the entry of an Expedited Settlement Agreement; and,

It further appearing to the Court that no other claims have been made to the Defendant property;

Final Order of Forfeiture -3-
P71005dm.jka.wpd

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Defendant real property located at 704 Titleist Lane, in Yakima, Washington, is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

IT IS FURTHER ORDERED that the United States Marshals Service shall physically seize and take custody of the subject property, immediately evicting any occupants or tenants therein.

IT IS FURTHER ORDERED, pursuant to the Expedited Settlement Agreement filed by the United States and Claimant, Homecomings, that upon sale of the Defendant real property, the United States Marshals Service shall pay Claimant, Homecomings, the following amounts:

a. All unpaid principal due to Homecomings, in the amount of $147,797.79, as of October 2, 2007, pursuant to a Deed of Trust dated December 3, 2001, originally in favor of Homecomings Financial Network, Inc., and recorded on December 10, 2001, in the official records of the Yakima County Assessor's Office, under Recording Number 7247587, securing the Promissory Note dated December 3, 2001.

b. All unpaid interest, which totaled $1,673.62 through October 4, 2007, and additional interest calculated at the base contractual rate (not the default rate) under the above mortgage instrument assessed at $25.81 per diem, from October 5, 2007, until the date of payment.

c. Recording fees of $52.00 for recording of reconveyance documents, if incurred by Homecomings.

d. Any real estate taxes and/or casualty insurance premiums advanced by Homecomings, or which are advanced after the date of this Agreement with the consent of the United States.

IT IS FURTHER ORDERED that the forfeited real property shall be disposed of in accordance with law by the United States Marshals Service.

DATED this 24th day of October, 2007.

*s/Lonny R. Suko*

_____
Lonny R. Suko
United States District Judge

Presented by:

James A. McDevitt
United States Attorney

s/Jared C. Kimball

Jared C. Kimball
Assistant United States Attorney

Final Order of Forfeiture -5-
P71005dm.jka.wpd